William A. GRAHAM *v.* STATE of Arkansas

RC 90-19                                         788 S.W.2d 742

Supreme Court of Arkansas
Opinion delivered May 29, 1990

*Witt Law Firm, P.C.,* by: *Ernie Witt,* for appellant.

No response.

PER CURIAM. Appellant, William A. Graham, by his attorney, has filed for a rule on the clerk.

His attorney, Ernie Witt, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.